UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>KRISTAFER ROBINSON,<br><br>          Defendant. | Case No. 3:15-cr-00080-RCJ-VPC-2<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, October 25, 2022 at 2:00 p.m., be vacated and continued to November 2, 2022 at the hour of 2:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

   DATED this 20th day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3