UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>KRISTAFER ROBINSON,<br><br>         Defendant. | Case No. 3:15-cr-00080-RCJ-VPC-2<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Wednesday, November 2, 2022 at 2:00 p.m., be vacated and continued to __11/10/2022__ at the hour of _3_:_00_ _p_.m. in LV Courtroom 3A before Magistrate Judge Cam Ferenbach.

DATED this _28_ day of __October__, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3