UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KRISTAFER ROBINSON,<br><br>Defendant. | Case No. 3:15-cr-00080-RCJ-CLB-2<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Andrew Keenan, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Kristafer Robinson, that the Revocation Hearing currently scheduled on November 8, 2022 at 12:30 p.m., be vacated and continued to November 22, 2022 at 10:00 a.m. or a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to prepare, investigate, and discuss the case with Defendant. Additionally, time is needed to continue negotiations.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 31st day of October 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|    */s/ Joy Chen*<br>By_____<br>JOY CHEN<br>Assistant Federal Public Defender |    */s/ Andrew Keenan*<br>By_____<br>ANDREW KEENAN<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>KRISTAFER ROBINSON,<br><br>          Defendant. | Case No. 3:15-cr-00080-RCJ-CLB-2<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, November 8, 2022 at 12:30 p.m., be vacated and continued to November 22, 2022, at the hour of 10:00 a.m. Mr. Robinson shall appear by video from CCA Room #8 at the Nevada Southern Detention Center. Defendant counsel, Government counsel and Probation Officer shall also appear for the hearing via Zoom Video Conference.

11/1/2022

_____
UNITED STATES DISTRICT JUDGE

3